# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| NATIONAL CORRECTIVE GROUP, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BOUNCEBACK, INC., a Missouri Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: SACV 10-0094AG(MLGX)<br><br>**ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

　　　Pursuant to the Stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party bearing their own attorney's fees, costs, and expenses.

1  IT IS SO ORDERED.

2

3  DATED: Feb 28, 2011

4  _____
   Honorable Andrew J. Guilford
5  Judge of the United States District Court